USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1444  SCOTT PHILIP BROOKER, Plaintiff, Appellant, v. COMMISSIONER, NH DEPARTMENT OF CORRECTIONS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Scott Brooker on brief pro se. _____________ Jeffrey R. Howard, Attorney General, and Stephen J. Judge, Senior _________________ ________________ Assistant Attorney General, on brief for appellees. ____________________ November 26, 1996 ____________________ Per Curiam. Appellant Scott Philip Brooker sued __________ defendants under 42 U.S.C. 1983, alleging that they were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. He now appeals from the district court's grant of summary judgment in defendants' favor. After careful review of the record, we affirm substantially for the reasons given by the district court in its decision dated April 1, 1996. Affirmed. _________ -2-